**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:** Senior Judge Team

**FROM:** Judge John L. Kane

**DATE:** August 14, 2015

**RE:** Criminal Action No. **14-cr-00389-JLK**

    Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.